UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-23950-BLOOM/LOUIS

MARK CUHACI,

    Plaintiff/Counter-Defendant,

v.

JEAN MARIE ECHEMENDIA,
an individual,

    Defendant/Counter-Plaintiff.
_____/

**DEFENDANT JEAN MARIE ECHEMENDIA'S UNOPPOSED
MOTION TO STAY AND/OR EXTEND DEADLINE TO FILE
MOTION FOR ATTORNEYS' FEES AND COSTS**

1. On October 26, 2021, this Court entered its Omnibus Order on Motion to Dismiss for Lack of Jurisdiction and Motion for Attorneys' Fees and Non-Taxable Costs (ECF No. 165).

2. Pursuant to Local Rule 7.3, the deadline for Echemendia to file a Motion for Attorneys' Fees and Costs was December 25, 2021.

3. On Sunday, December 12, 2021, undersigned counsel's wife tested positive for COVID-19. Undersigned counsel also ultimately tested positive for COVID-19.

4. On December 20, 2021, the Court granted Defendant Echemendia through January 7, 2022 to file a Motion for Attorneys' Fees and Costs.

5. Since then, the Parties have reached agreement as to the terms of a settlement, the effectiveness of which requires the completion of several steps. The Parties have begun effectuating those steps but have not yet completed them. Accordingly, the Parties request that the deadline to file a Motion for Attorneys' Fees and Costs be stayed and otherwise extended pending completion of the settlement steps, so as to preserve party and judicial resources pending effectuation of the settlement steps, and so as not to frustrate the effectuation of the settlement steps.

6.     Moreover, counsel have continued to experience continued COVID-19 related issues, further providing good cause to stay the deadline for Echemendia to file a Motion for Attorneys' Fees and Costs.

7.     In the event that the settlement steps remain ongoing as of January 27, 2022, the Parties agree to file a status report with the Court on Monday, January 31, 2022 with a request for an additional extension of time.

WHEREFORE, Echemendia respectfully requests that the deadline to file a Motion for Attorneys' Fees and Costs be stayed and/or extended pending completion of the settlement steps.

### CERTIFICATION REGARDING PRE-FILING CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that they have conferred with counsel for the Plaintiff in a good faith effort regarding the matters set forth in this Motion.

Counsel for Plaintiff does not oppose the relief requested in the Motion.

Dated: January 6, 2022

Respectfully submitted,

BLACK SREBNICK, P.A.
201 South Biscayne Blvd., Suite 1300
Miami, FL 33131
Tel: (305) 371-6421
Fax: (305) 371-6322

By: /s/  Robert T. Dunlap
    Howard Srebnick
    Florida Bar No. 919063
    Robert T. Dunlap
    Florida Bar No. 119509
    HSrebnick@RoyBlack.com
    RDunlap@RoyBlack.com
    civilpleadings@royblack.com

*Attorneys for Defendant Jean Marie Echemendia*

2



www.royblack.com | 201 S. Biscayne Boulevard Suite 1300 Miami, FL 33131 | *p* 305.371.6421 *f* 305.358-2006